IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

THEOPHILUS JERMANY,                      Case No. 3:21-cv-01290-SB

                 Plaintiff,                                **ORDER OF DISMISSAL**

       v.

DAMEROW FORD COMPANY, an Oregon
Business Corporation,

                 Defendant.

_____

       In accord with the Stipulated Notice of Dismissal With Prejudice (ECF No. 27) filed on September 6, 2022, IT IS ORDERED that, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), this action is DISMISSED with prejudice and without costs or fees to any party.

       **IT IS SO ORDERED.**

       DATED this 6th day of September, 2022.

                                               _____
                                               HON. STACIE F. BECKERMAN
                                               United States Magistrate Judge